JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 24 2008

FILED
CLERK'S OFFICE
CEM

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 11 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

FILED: AUGUST 11, 2008
08CV4548
JUDGE ASPEN

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-48)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 325 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.



A CERTIFIED TRUE COPY

AUG 11 2008

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: AUGUST 12, 2008

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                MDL No. 1715

## SCHEDULE CTO-48 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 08-360 | Johnathon Dungan, et al. v. Ameriquest Mortgage Co., et al. | - 08CV4547 |
| ALS 1 08-405 | Joseph Abruscato, et al. v. Ameriquest Mortgage Co., et al. | - 08CV4548 |
| **MASSACHUSETTS** | | - 08CV4549 |
| MA 1 08-10488 | Joseph G. Curtis, et al. v. Ameriquest Mortgage Co., et al. | |